304 U.S. 580
 58 S.Ct. 1060
 82 L.Ed. 1542
 A. K. FOWLER, Administrator, etc., et al., petitioners,
v.
Russell B. SEYMOUR, Trustee, etc.*
 No. 1049.
 Supreme Court of the United States
 May 31, 1938
 
 Messrs. Franklin P. Bull and Homer C. Compton, both of Los Angeles, Cal. (Mr. Calvin S. Mauk, of Los Angeles, Cal., of counsel), for petitioners.
 Mr. Thomas S. Tobin, of Los Angeles, Cal. (Mr. Raphael Dechter, of Los Angeles, Cal., of counsel), for respondent.
 
 
 1
 For opinion below, see In re McIntosh, 95 F.2d 627.
 
 
 2
 The petition for writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit is denied.
 
 
 
 *
 Rehearing denied 59 S.Ct. 60, 83 L.Ed. ——.